31025, 31026, 31031. McLARRY *v.* THE STATE.

BROYLES, C. J. The above cases are controlled adversely to the plaintiff in error by the decision of this court in McLarry v. State (Nos. 31023 and 31024), ante, 864.

*Judgments affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED SEPTEMBER 19, 1945. REHEARING DENIED SEPTEMBER 29, 1945.

*Aaron Kravitch,* for plaintiff in error.
*Samuel A. Cann,* solicitor-general, *Andrew J. Ryan Jr.,* contra.